IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIMBERLY NEWBERRY,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV215 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DIVERSIFIED COLLECTION SERVICES, INC., and Does 1-10,** | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation of Dismissal (Filing No. 10). The court finds that the parties' motion should be granted.

**IT IS ORDERED**:

1. The parties' Stipulation of Dismissal (Filing No. 10) is granted. The action is dismissed with prejudice, each party to bear its own costs.

2. The planning report deadline is terminated.

DATED this 19th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge